```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19132
   NATAKI AMINATA WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-1764


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 10/16/2007 and was confirmed 11/29/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  30.00%.

      The case was dismissed after confirmation 03/06/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
SANTANDER CONSUMER USA     SECURED VEHIC    12729.47         760.22         889.11
ARONSON FURNITURE          SECURED            800.00          14.97          82.09
DRIVE FINANCIAL            UNSECURED        NOT FILED           .00            .00
ARONSON FURNITURE          UNSECURED        NOT FILED           .00            .00
AFFINITY CASH LOANS        UNSECURED        NOT FILED           .00            .00
ALLIED DATA CORP           UNSECURED        NOT FILED           .00            .00
ASPEN                      UNSECURED        NOT FILED           .00            .00
ASPIRE                     UNSECURED        NOT FILED           .00            .00
BLOCKBUSTER VIDEO          UNSECURED        NOT FILED           .00            .00
BLOCKBUSTER                NOTICE ONLY      NOT FILED           .00            .00
COLLECTION CO OF AMERICA   UNSECURED        NOT FILED           .00            .00
COMCAST                    UNSECURED        NOT FILED           .00            .00
COMCAST                    NOTICE ONLY      NOT FILED           .00            .00
TRAK CREDIT ACCEPTANCE     UNSECURED         6351.01            .00            .00
DIRECT LOANS BANKRUPTCY    UNSECURED        NOT FILED           .00            .00
DIRECT LOANS               NOTICE ONLY      NOT FILED           .00            .00
DIRECT TV                  UNSECURED        NOT FILED           .00            .00
DIRECTV                    NOTICE ONLY      NOT FILED           .00            .00
FELT & LUKES               UNSECURED        NOT FILED           .00            .00
INSTA CASH                 UNSECURED         2004.66            .00            .00
ASSET ACCEPTANCE CORP      UNSECURED          288.75            .00            .00
PAY DAY LOAN STORE         UNSECURED        NOT FILED           .00            .00
RUSH UNIVERSITY MED CENT   UNSECURED        NOT FILED           .00            .00
US CELLULAR                UNSECURED        NOT FILED           .00            .00
ER SOLUTIONS INC           UNSECURED         1133.74            .00            .00
WELLS FARGO ED FIN SVC     UNSECURED         3611.15            .00            .00
US DEPT OF EDUCATION       UNSECURED         8824.36            .00            .00
ISAC                       UNSECURED         3632.57            .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      3,300.00                         656.97
TOM VAUGHN                 TRUSTEE                                           176.64
DEBTOR REFUND              REFUND                                          1,080.00


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19132 NATAKI AMINATA WILLIAMS
```

```
     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  3,660.00

PRIORITY                                              .00
SECURED                                            971.20
    INTEREST                                       775.19
UNSECURED                                             .00
ADMINISTRATIVE                                     656.97
TRUSTEE COMPENSATION                               176.64
DEBTOR REFUND                                    1,080.00
                       ---------------        ---------------
TOTALS                   3,660.00                3,660.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 06/25/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE